

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00450-CR

DEMETRIS DESHAWN POPE, Appellant

§ On Appeal from the 30th District Court

§ of Wichita County (59,811-A)

V.

§ June 6, 2019

§ Opinion by Justice Pittman

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman